denied. *J. Roy Dickie* for petitioner. *William S. Doty* for respondent.

No. 578. TRUST COMPANY OF GEORGIA, SUCCESSOR TRUSTEE, *v.* ALLEN, COLLECTOR OF INTERNAL REVENUE. C. C. A. 5th. Certiorari denied. *Dan MacDougald* and *Robert S. Sams* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, Lee A. Jackson* and *Melva M. Graney* for respondent.

No. 588. BUNTING *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 6th. Certiorari denied. *Walter A. Eversman* and *Josiah T. Herbert* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key* and *Harry Baum* for respondent.

No. 509. RANDALL *v.* UNITED STATES; and

No. 555. HACKBUSCH *v.* UNITED STATES. C. C. A. 7th. The motion for leave to file a supplemental petition in No. 509 is granted. Certiorari denied. *Mack Taylor* for petitioner in No. 509. *Theodore Lockyear* for petitioner in No. 555. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States. Reported below: 164 F. 2d 284.

No. 606. ILLGES ET AL. *v.* CONGDON. Circuit Court of Walworth County, Wisconsin. The motion to return the record is denied. Certiorari denied. *J. Arthur Moran* for petitioners. *Arthur T. Thorson* for respondent. See 251 Wis. 50, 27 N. W. 2d 716.

No. 163, Misc. THOMPSON *v.* SANFORD, WARDEN. C. C. A. 5th. Certiorari denied. Petitioner *pro se. Solici-*